CR 19-342 ECT/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2 |
| | 18 U.S.C. § 924(d)(1) |
| v. | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| (1) DIONDRE MAURICE OTTO STATELY, | 18 U.S.C. § 2111 |
| and | 28 U.S.C. § 2461(c) |
| (2) SHALAINA STAR STATELY, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

<u>COUNT 1</u>
(Robbery)

On or about September 21, 2019, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendants,

**DIONDRE MAURICE OTTO STATELY,** and
**SHALAINA STAR STATELY,**

both Indians, while aiding and abetting and being aided and abetted by each other and others known and unknown to the grand jury, did by force, violence, and intimidation, take and attempt to take from the person or presence of G.W., also an Indian, something of value, to wit: U.S. currency, all in violation of Title 18, United States Code, Sections 2, 1151, 1153(a), and 2111.

1



SCANNED
DEC 19 2019
U.S. DISTRICT COURT MPLS

United States v. Diondre Stately et al.

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is incorporated by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c)

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearm with accessories and any ammunition involved in or used in any willful violation of Title 18, United States Code, Sections 2, 1151, 1153(a), and 2111.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY           FOREPERSON