IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: JOHN F. DOCHERTY |
| | U.S. Magistrate Judge |
| v. | |
| Diondre Maurice Otto Stately (1), | Case No: 19-cr-342 (ECT/LIB) |
| | Date: August 5, 2024 |
| | Court Reporter: Carla Bebault |
| Defendant. | Courthouse: St. Paul |
| | Courtroom: 6A |
| | Time Commenced: 11:02 a.m. |
| | Time Concluded: 11:08 a.m. |
| | Time in Court: 6 minutes |

X **PRELIMINARY REVOCATION HRG**        X **DETENTION HRG**

Time in Court Prelim/Det: [3 minutes/3 minutes]

APPEARANCES:

Plaintiff: Raphael Coburn/Katharine Buzicky, Assistant U.S. Attorney
Defendant: Steven Wright
         X CJA

On    Violation of    X **Probation**

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota.

Next appearance date is Friday, August 16, 2024 at 9:00 a.m. before U.S. District Judge Eric C. Tostrud in Courtroom 7D (STP) for:
   X Final Revocation

Additional Information:
Defendant waives the preliminary revocation and detention hearings.

                                                                           *s/nah*
                                                          Signature of Courtroom Deputy